IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CONNIE FRANCES WHIGUM,**
 a/k/a Saint Connie Frances Garrison
 Beck Slack/Slak White Whigum,
 a/k/a Connie Whigum Hamilton,

    **Plaintiff,**

vs.                                     Case No.: 3:10cv442/MCR/MD

**STATE OF FLORIDA, et al.**

    **Defendants.**
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 3, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.
2. This cause is DISMISSED with prejudice.
3. All pending motions are DENIED as moot.

**4.     The clerk is directed to close the file.**


**DONE AND ORDERED this 10th day of November, 2010.**



    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**